```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHEL W. HILL, Bar # 151522
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California 93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  Roberto Carlos Sanchez-Mendez
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:08-cr-00446 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
|  | ) | CONFERENCE HEARING; |
| v. | ) | ORDER |
|  | ) |  |
| ROBERTO CARLOS SANCHEZ-MENDEZ, | ) | Date: May 1, 2009 |
|  | ) | Time: 9:00 A.M. |
| Defendant. | ) | Dept : Hon. Lawrence J. O'Neill |
|  | ) |  |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for April 10, 2009, **may be continued to May 1, 2009 at 9:00 A.M.**

This continuance is requested by counsel for the defendant because no fast track points were offered due to the nature of a prior conviction. However, the specific circumstances surrounding the prior are not currently known. Defense counsel has ordered any available documentation relating to that conviction for the purpose of potential further plea negotiation. The parties need time to receive and review that information, and pursue any appropriate further negotiation of a plea offer prior to the hearing. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                LAWRENCE G. BROWN
                                                Acting United States Attorney

DATED: April 7, 2009                        /s/ Ian L. Garriques
                                                IAN L. GARRIQUES
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: April 7, 2009                        /s/ Rachel W. Hill
                                                RACHEL W. HILL
                                                Assistant Federal Defender
                                                Attorney for Defendant

## **O R D E R**

**GOOD CAUSE EXISTS.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: April 7, 2009**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE