1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHEL W. HILL, Bar # 151522
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   Roberto Carlos Sanchez-Mendez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-cr-00446 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ORDER |
| ROBERTO CARLOS SANCHEZ-MENDEZ, | Date: May 22, 2009 |
| Defendant. | Time: 9:00 A.M. |
| | Dept : Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for May 1, 2009, **may be continued to May 22, 2009 at 9:00 A.M.**

This continuance is requested by counsel for the defendant because no fast track points were offered due to the nature of a prior conviction. However, the specific circumstances surrounding the prior are not currently known. Defense counsel has previously ordered any available documentation relating to that conviction for the purpose of potential further plea negotiation. However, there has been a delay in obtaining the necessary information due to Alameda County apparently having misplaced the file. They are currently attempting to locate the information requested. The parties need time to receive and review that information, and pursue any appropriate further negotiation of a plea offer prior to the hearing. The requested continuance will conserve time and resources for all parties and the court.

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

LAWRENCE G. BROWN
Acting United States Attorney

DATED: April 30, 2009 /s/ Ian L. Garriques
IAN L. GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 30, 2009 /s/ Rachel W. Hill
RACHEL W. HILL
Assistant Federal Defender
Attorney for Defendant

# O R D E R

**Good cause exists.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: April 30, 2009** /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE